IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ISABEL TUBACH,

        Plaintiff,                      No. CIV S-12-0760 GGH P

    vs.

K. HARRIS, et al.,

        Defendants.             ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis.[1] In her complaint, plaintiff alleges violations of her civil rights by defendants.[2] The alleged violations took place in Madera County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper

---

[1] Plaintiff appears to have filed no less than 120 cases, nearly all civil rights actions, since 1992 in the Eastern District alone, almost all brought in or transferred to the Fresno Division. There is a notation in the National Pro Se Three-Strikes Database indicating that plaintiff has been found to be barred under the three-strikes provision of 28 U.S.C. 1915(g) from proceeding in forma pauperis since May 30, 2002, at which time plaintiff was noted as having filed 77 cases.

[2] Although plaintiff has named California Attorney General Kamala Harris as a defendant, she appears likely to be dismissed as an inappropriate defendant.

1

1 division of the court. Therefore, this action will be transferred to the Fresno Division of the
2 court. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's
3 request to proceed in forma pauperis.
4     Good cause appearing, IT IS HEREBY ORDERED that:
5     1. This court has not ruled on plaintiff's request to proceed in forma pauperis;
6     2. This action is transferred to the United States District Court for the Eastern
7 District of California sitting in Fresno; and
8     3. All future filings shall reference the new Fresno case number assigned and
9 shall be filed at:

    United States District Court
    Eastern District of California
    2500 Tulare Street
    Fresno, CA 93721

DATED: April 4, 2012

    /s/ Gregory G. Hollows
    UNITED STATES MAGISTRATE JUDGE

GGH:009/kly
tuba0760.22